

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2022

No. 04-22-00019-CR

Sandra Jo **SMALL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-20-0000066
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

After we granted Appellant's first and second motions for extension of time to file the brief, Appellant's brief was due on May 11, 2022. *See* TEX. R. APP. P. 38.6(d). After the twice-extended due date, Appellant filed a third motion, which sought a one-day extension of time to file the brief, and the brief.

Appellant's motion is granted; the brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court